February 21, 1984.

472 A.2d 263

Brady v. Macos, Appellant.

Argued January 18, 1984.

David H. Kubert, for appellant; Barry L. Rush, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order vacated and record remanded with instructions. Jurisdiction is not retained.